In the Matter of the Claim of CHARLES A. WHITE, as Administrator of the Estate of ANIELA POLOWSKI, Deceased, Appellant, against DONNER STEEL COMPANY, INC., Respondent.

THE STATE INDUSTRIAL BOARD, Respondent.

(Argued April 26, 1932; decided May 10, 1932.)

*Thomas L. Newton* and *William C. White* for appellant.
*William M. Fay* for Donner Steel Company, Inc., respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.